**IT IS ORDERED as set forth below:**

Date: August 31, 2018

Sage M. Sigler
U.S. Bankruptcy Court Judge

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| AMERICAN UNDERWRITING SERVICES, LLC., | Case No. 18-58406-SMS |
| Debtor. | |
| AMERICAN UNDERWRITING SERVICES, LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 18-05106-SMS |
| PROSIGHT SPECIALTY MANAGEMENT COMPANY, INC., and NEW YORK MARINE AND GENERAL INSURANCE COMPANY, | |
| Defendants. | |

## CONSENT ORDER REGARDING EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT

**WHEREAS,** on May 22, 2018, Plaintiff American Underwriting Services, LLC ("Plaintiff" or "Debtor") filed an Adversary Proceeding in the above styled case (the "Adversary Proceeding") against Defendants Prosight Specialty Management Company, Inc. and New York Marine and General Insurance Company (collectively, "Defendants");

**WHEREAS,** the original deadline for Defendants to file and serve an answer or motion or otherwise respond to Debtor's Adversary Proceeding was June 21, 2018;

**WHEREAS**; on June 18, 2018, Debtor and Defendants reached an agreement to allow Defendants a 45-day extension of time by which Defendants will answer, move, or otherwise respond to Debtor's Adversary Proceeding, extending the deadline to August 5, 2018 and the Court entered a Consent Order approving that extension on June 22, 2018 [Doc. No. 4];

**WHEREAS,** on June 29, 2018, Greg Hays was appointed Chapter 11 Trustee for the Debtor (the "Trustee");

**WHEREAS,** On July 25, 2018, The Trustee and Defendants reached an agreement to allow Defendants a 30-day extension of time by which Defendants will answer, move, or otherwise respond to Debtor's Adversary Proceeding, extending the deadline to September 5, 2018 and the Court entered a Consent Order approving that extension on July 31, 2018 [Doc. No. 6];

**WHEREAS,** on August 13, 2018, the Trustee was appointed Interim Chapter 7 Trustee for the Debtor after the case was converted to a Chapter 7 case [Doc. No. 108];

**WHEREAS,** on August 28, 2018, the Trustee and the Defendants reached an agreement to allow Defendants an additional 30-day extension of time by which Defendants will answer,

108643088\V-2

move, or otherwise respond to Debtor's Adversary Proceeding, extending the deadline to October 5, 2018;

**WHEREAS,** the Trustee and the Defendants are engaged in good faith negotiations to resolve the issues raised in the Adversary Proceeding;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND ORDERED THAT:**

The time for Defendants to answer, move, or otherwise respond to Debtor's Adversary Proceeding is extended through and including October 5, 2018.

**CONSENTED TO BY:**

**LAW OFFICES OF HENRY F. SEWELL, JR. LLC**

By: /s/ *Henry F. Sewell, Jr.* (w/express permission)
Henry F. Sewell, Jr.
GA Bar No.: 636265

2964 Peachtree Road, Suite 555
Atlanta, GA 30305
Telephone: (404) 926-0053
Email: hsewell@sewellfirm.com

*Attorneys for Trustee S. Gregory Hays*

and

**DENTONS US LLP**

By: /s/ *Gary W. Marsh*
Gary W. Marsh, Esq.
Georgia Bar No. 471290

303 Peachtree St., N.E, Suite 5300
Atlanta, GA  30308
Telephone: 404-527-4150
Email: gary.marsh@dentons.com

*Attorneys for ProSight Specialty
Management Company Inc. and New
York Marine and General Insurance Company*

108643088\V-2

## Distribution List

Gus H. Small
Benjamin S. Klehr
Small Herrin LLP
Two Paces West, Suite 200
2727 Paces Ferry Road
Atlanta, GA  30330

Lindsay P.S. Kolba, U.S. Trustee
United States Department Of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Dr., SW.
Atlanta, GA 30303

Gary W. Marsh, Esq.
Dentons US LLP
303 Peachtree St., N.E, Suite 5300
Atlanta, GA  30308

Henry F. Sewell, Jr.
Law Offices of Henry F. Sewell, Jr., LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305